## UNITED STATES of America,
Plaintiff-Appellee,

v.

## Randy MULL, Defendant-Appellant.

### No. 16-3691

United States Court of Appeals, Eighth Circuit.

Submitted: April 28, 2017

Filed: May 1, 2017

---

1. The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.

**590**

Catherine A. Connelly, Assistant U.S. Attorney, U.S. Attorney's Office, Kansas City, MO, for Plaintiff-Appellee

Randy Mull, Pro Se

Before COLLOTON, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Randy Mull directly appeals the 30-year sentence imposed by the district court[1] after he pleaded guilty to producing child pornography, pursuant to a written plea agreement that contained a waiver of the right to appeal his conviction and sentence. Mull's counsel has moved to withdraw, and in a brief filed under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel challenges the sentence as substantively unreasonable.

We will enforce the appeal waiver in this case, because our review of the record demonstrates that Mull entered into the plea agreement and the appeal waiver knowingly and voluntarily. The only argument presented falls within the scope of the appeal waiver, and no miscarriage of justice would result from enforcing the waiver. *See United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc). Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for appeal falling outside the scope of the appeal waiver.

Accordingly, we grant counsel's motion to withdraw, and we dismiss this appeal.

---

1. The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.